UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-3227
_____

UNITED STATES OF AMERICA

v.

FREDERICK DOUGLAS BURTON,
  Appellant

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 2-16-cr-00028-001)
District Judge: Honorable Jeffrey L. Schmehl

_____

Submitted Under Third Circuit LAR 34.1(a)
June 11, 2018

Before: AMBRO, JORDAN, and HARDIMAN, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on June 11, 2018.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the order of the District Court entered on July 14, 2017, and the judgment dated September 15, 2017, are hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 6, 2018

Certified as a true copy and issued in lieu
of a formal mandate on  July 30, 2018

Teste: *Patricia S. Dodszuweit*
Clerk, U.S. Court of Appeals for the Third Circuit